# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **JERRY LYNN VEST**, a minor incompetent child who sues by and through his mother and next friend, Carolyn Vest, ) ) ) ) **Plaintiff,** ) ) vs. ) ) **COMMISSIONER MICHAEL HORSLEY, STATE OF ALABAMA, DEPARTMENT OF MENTAL HEALTH**, individually, et al. ) ) ) ) **Defendants.** ) | **CASE NUMBER:** **CV-91-C-2217-W** |

## PETITION FOR SUCCESSOR TRUSTEE

**COMES NOW**, the Petitioner, **Angela M. Saint**, by and through her attorney of record, **Ralph J. Bolen**, and respectfully shows this Honorable Court the following:

1. That this Honorable Court appointed by order, Carolyn Vest, Trustee of a special needs trust on behalf of Jerry Lynn Vest, who is mentally incompetent.

2. That this Court hereby retains jurisdiction over the trust, administration of said trust and any disputes or questions arising thereunder.

3. That Carolyn Vest died on or about October 30, 2006, and therefore cannot administer the duties as the Trustee for Jerry Lynn Vest.

4. That the Petitioner, Angela M. Saint, is the sister of Jerry Lynn Vest, is over nineteen years of age and is in no way disqualified as being appointed Trustee of Jerry Lynn Vest, who is mentally incompetent.

5. That it would be in the best interest of Jerry Lynn Vest for this Court to appoint her as successor Trustee for Jerry Lynn Vest.

**WHEREFORE**, the Petitioner, Angela M. Saint, prays that this Honorable Court appoint her as successor Trustee for Jerry Lynn Vest with the same powers, rights, discretion, and obligations and immunities as the original Trustee, Carolyn Vest.

S/
**RALPH J. BOLEN** (BOL003)
Attorney for the Petitioner
3928 Montclair Rd, Ste 134
Birmingham, Alabama 35213
Telephone: (205) 879-9493
Facsimile: (205) 879-9495

## CERTIFICATE OF SERVICE

I, Ralph J. Bolen, hereby certify that a true and correct copy of the foregoing has been served by United States mail, postage prepaid and properly addressed to the following on this the 11th day of January, 2007:

**L. Scott Atkins & June Lynn**
Alabama Department of Mental
Health and Mental Retardation
Legal Division
100 North Union Street
Post Office Box 301410
Montgomery, AL 36130D1410

**A. Courtney Crowder**
Phelps, Jenkins, Gibson & Fowler
1201 Greensboro Avenue
Post Office Box 020848
Tuscaloosa, AL 35402D0848

**Gary R. Traywick**
Slaten & O'Connor PC
105 Tallapoosa St, Ste 101
Post Office Box 1110
Montgomery, AL 36101

**W. Stancil Starnes, Laura H. Peck
& Michael K. Wright**
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
Post Office Box 598512
Birmingham, AL 35259D8512

**Glenda G. Cochran**
Cochran & Associates
310 21st Street N, Ste 500
Birmingham, AL 35203

**Sandra L. Vinik**
Sirote & Permutt PC
2311 Highland Avenue S
Post Office Box 55727
Birmingham, AL 35255D5727

S/
**OF COUNSEL**